# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTONIO ROBLES,<br><br>    Plaintiff,<br><br>    v.<br><br>JANET NAPOLITANO, et al.,<br><br>    Defendants | Case No. 11-cv-05752 NC<br><br>**ORDER VACATING HEARING**<br><br>Re: Docket Nos. 7, 8, 10 |

Defendants bring a motion for an order dismissing Plaintiff's Complaint for Mandamus. Dkt. No. 7. Based on the papers submitted by the parties, the Court finds that Defendants' motion is appropriate for determination without oral argument. *See* Civil L.R. 7-1(b). Accordingly, the motion to dismiss hearing scheduled for February 15, 2012 is vacated.

IT IS SO ORDERED.

DATED: February 9, 2012

_____
NATHANAEL M. COUSINS
United States Magistrate Judge